UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROSIE M. COLLIER**                                                                           **PLAINTIFF**

v.                                   CASE NO. 4:05-CV-01624 GTE

**CITY OF LITTLE ROCK, ARKANSAS;**
**BARBARA HYATT, employee; DON FLEGAL,**
Director Human Resources Department;
**ANDRE BERNARD, Director of Housing and**
Neighborhood                                                                                    **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order granting Defendants' Motion for Summary Judgment, Plaintiff's Complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants and against Plaintiff.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 25th day of October, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE